UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2009 JUN -3 PM 4:46

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____KNH_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>      vs.<br><br>FRANCISCO RUIZ-RUVALCABA (1),<br><br>                      Defendant. | CASE NO. 09CR1192-L<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

<u>XX</u>  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

___  of the offense(s) of:

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 1, 2009

M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE

ENTERED ON _____