UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2009 JUN -3 PM 4:46

[US DISTRICT COURT stamp]
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ KNH _____ DEPUTY

UNITED STATES OF AMERICA,

            Plaintiff,

vs.

FRANCISCO RUIZ-RUVALCABA (1),

            Defendant.

CASE NO. 09CR1192-L

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__XX__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

____ of the offense(s) of:

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 1, 2009

[signature]
M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE

ENTERED ON _____